# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GREGORIO ARAGON, *et al.*,

      Plaintiffs,

v.   No. 2:20-cv-00413-KWR-KRS

UNITED CONSTRUCTION, LLC, *et al.*,

      Defendants.

## STIPULATED ORDER EXTENDING DEADLINES

THIS MATTER is before the Court on the Parties' Joint Motion to Extend Deadlines. Having reviewed the Motion and record of the case, the Court finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the following deadlines are extended in this matter:

1. Plaintiff's expert disclosure deadline extended to February 2, 2021;

2. Defendant's expert disclosure deadline extended to February 23, 2021;

3. Deadline for supplementing discovery/disclosures extended to March 12, 2021;

4. Termination of discovery deadline extended to April 3, 2021;

5. Motions related to discovery extended to April 26, 2021;

6. All other motion deadlines extended to May 30, 2021;

7. Pretrial order:   Plaintiff to Defendant by:  June 30, 2021;

                    Defendant to Court by:  July 14, 2021

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

BALDERRAMA LAW FIRM LLC

*/s/Celedonia I. Balderrama*
FRANK V. BALDERRAMA, ESQ.
CELEDONIA I. BALDERRAMA, ESQ.
7401 Hancock Ct NE, Suite B
Albuquerque, NM 87109
(505) 900-3834 – *telephone*
(505) 433-2384 – *facsimile*
*Attorneys for the Plaintiffs*


APPROVED BY:


ATWOOD MALONE TURNER & SABIN

*/s/Electronically approved on 11/2/2020*
LEE M. ROGERS, JR., ESQ.
ALYSSA D. ROGERS, ESQ.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221 – *telephone*
*Attorneys for the Defendants*