## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GREGORIO AND LUCY ARAGON, et al.,

      Plaintiffs,

v.                                                                 No. 2:20-cv-413 KWR-KRS

UNLIMITED CONSTRUCTION, LLC d/b/a
UNLIMITED CONSTUCTION OF UTAH, LLC
and RICARDO LOPEZ GUERECA,

      Defendants.

## **STIPULATED ORDER EXTENDING DEADLINES**

THIS MATTER is before the Court on the parties' Joint Motion to Extend Deadlines, (Doc. 31). This is the parties' second motion to extend their case management deadlines and they request a three-month extension of all deadlines due to delays in conducting depositions. The Court finds good cause to GRANT the requested extensions but will deny further extensions absent a showing of exceptional circumstances.

IT IS THEREFORE ORDERED that the following deadlines are extended in this matter:

1. Plaintiff's expert disclosure deadline extended to May 3, 2021;

2. Defendant's expert disclosure deadline extended to May 31, 2021;

3. Deadline for supplementing discovery/disclosures extended to June 14, 2021;

4. Termination of discovery deadline extended to July 5, 2021;

5. Motions related to discovery extended to July 26, 2021;

6. All other motion deadlines extended to August 30, 2021;

7. Pretrial order:        Plaintiff to Defendant by:  September 29, 2021;

                            Defendant to Court by:  October 13, 2021.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

BALDERRAMA LAW FIRM LLC

*/s/Celedonia I. Balderrama*
FRANK V. BALDERRAMA, ESQ.
CELEDONIA I. BALDERRAMA, ESQ.
7401 Hancock Ct NE, Suite B
Albuquerque, NM 87109
(505) 900-3834 – *telephone*
(505) 433-2384 – *facsimile*
*Attorneys for the Plaintiffs*

APPROVED BY:

ATWOOD MALONE TURNER & SABIN

*/s/Electronically approved on 01/29/2021*
LEE M. ROGERS, JR., ESQ.
ALYSSA D. ROGERS, ESQ.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221 – *telephone*
*Attorneys for the Defendants*