IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREGORIO AND LUCY ARAGON, et al.,

    Plaintiffs,

v.                                                          No. 2:20-cv-413 KWR-KRS

UNLIMITED CONSTRUCTION, LLC d/b/a
UNLIMITED CONSTUCTION OF UTAH, LLC
and RICARDO LOPEZ GUERECA,

    Defendants.

## ORDER TO FILE STATUS REPORT

THIS MATTER is before the Court *sua sponte* upon review of the record. At the last status conference on March 17, 2021, the parties stated they were working to set a mediation of this case and a parallel state case, and they would file a notice with the Court when a mediation date is set. (Doc. 37) (Clerk's Minutes). No notice has been filed and the parties' discovery deadline has since passed and their dispositive motions deadline is approaching. *See* (Doc. 32) (Order granting second motion to extend discovery deadlines, setting discovery deadline for July 5, 2021 and dispositive motions deadline for August 30, 2021).

IT IS THEREFORE ORDERED that **no later than August 12, 2021** the parties shall jointly file a report regarding the status of their private mediation.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE