# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GREGORIO AND LUCY ARAGON, Individually
and on behalf of their minor children, JAYLENE
ARAGON and ADRIAN ARAGON, and
SUSAN DOMINGUEZ,

   Plaintiffs,

v.                  No. 2:20-cv-00413-KWR-KRS

UNLIMITED CONSTRUCTION, LLC d/b/a
UNLIMITED CONSTUCTION OF UTAH, LLC
and RICARDO LOPEZ GUERECA

   Defendants.

## STIPULATED ORDER APPOINTING GUARDIAN AD LITEM

   **THIS MATTER** is before the Court on the Parties *Joint Motion to Appoint Guardian Ad Litem* to finalize the settlement. Having reviewed the pleading and being otherwise fully informed on the premises, the Court finds as follows:

   1.  Jaylene Aragon and Adrian Aragon, minors, are persons entitled to protection through the appointment of a Guardian *ad Litem*.

   2.  The Court has been informed that Scott K. Atkinson, Esquire is a member of the Bar of the State of New Mexico and has consented and accepts the appointment as Guardian *ad Litem* on behalf of Jaylene Aragon and Adrian Aragon.

   3.  Scott K. Atkinson's address is:

    Atkinson Law Firm, LTD
    9400 Holly Ave. NE, Bldg. 4
    Albuquerque, NM 87122
    Telephone: (505) 944-1050
    Email:  atkinsonlaw4242@gmail.com

**IT IS THEREFORE ORDERED** that Jaylene Aragon and Adrian Aragon are entitled to protection through the appointment of a Guardian *ad Litem*.

**IT IS FURTHER ORDERED** that Scott K. Atkinson, Esquire be, and hereby is, appointed as Guardian *ad Litem* for Jaylene Aragon and Adrian Aragon and shall function as an officer of the Court in his capacity as Guardian *ad Litem*.

**IT IS FURTHER ORDERED** that this matter is set for a Fairness Hearing on **Thursday, October 21, 2021 at 10:00 a.m.** via Zoom video conferencing. The hearing shall only be accessible by counsel of record and the Guardian *ad Litem*. Counsel of record and the Guardian *ad Litem* shall be provided instructions for accessing the hearing in a separate e-mail.

**IT IS SO ORDERED.**

_____
**HONORABLE KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

BALDERRAMA LAW FIRM LLC

*/s/Celedonia I. Balderrama*
FRANK V. BALDERRAMA, ESQ.
CELEDONIA I. BALDERRAMA, ESQ.
7401 Hancock Ct NE, Suite B
Albuquerque, NM 87109
(505) 900-3834 – *telephone*
(505) 433-2384 – *facsimile*
*Attorneys for the Aragon Minor Children*

and

LAW OFFICES OF DAVID HOULISTON

*/s/Electronically approved on 08/23/2021*
DAVID M. HOULISTON, ESQ.
7500 Jefferson St. NE, Ste. 106
Albuquerque, NM 87109
(505) 247-1223 – *telephone*
(505) 214-5204 – *facsimile*
*Attorney for Susan Dominguez*

and

ATWOOD MALONE TURNER & SABIN


*/s/Electronically approved on 08/23/2021*
LEE M. ROGERS, JR., ESQ.
ALYSSA D. ROGERS, ESQ.
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221 – *telephone*
*Attorneys for the Defendants*